BEFORE THE SECOND DIVISION, JANUARY 16, 1940

**No. 43017.**—Protests 726085–G, etc., of Jungmann & Co. et al. (Baltimore, etc.).

Opinion by KINCHELOE, J.   Following the authorities cited in Abstract 15400 the court dismissed the protests.